UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

TANYA LOUISE ST. JOHN,
    Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
    Defendant

CASE NUMBER:   1:15-CV-01434-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✘ GRANTED.

    ✘ The clerk is directed to file the complaint.

    ✘ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this   23rd   day of   September   ,   2015   .

          /s/ Barbara A. McAuliffe
          Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer