1  LANGLEY KREUZE, SBN:  254739
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO BRANCH

| | |
|---|---|
| TANYA ST. JOHN, | No.  1:15-CV-01434-BAM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A CONFIDENTIAL LETTER BRIEF** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Confidential Letter Brief in the above-referenced case is hereby extended from the present due date of July 7, 2016, by forty-five days, to the new due date of August 22, 2016, **and all other deadlines be extended accordingly**.  This extension is requested because the writer has made prior arrangement for a family summer vacation and the transcript is unusually voluminous.

DATED: 6/30/16                     BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Acting Regional Chief Counsel, Region IX

1

| | |
|---|---|
| */s/ Shellie Lott* | */s/* |
| SHELLIE LOTT, | BEN PORTER |
| Attorney for Plaintiff | (As authorized via E-mail on) |
| | Special Assistant U S Attorney |
| | Attorneys for Defendant |

### ORDER

Based on the parties' stipulation (Doc. 12), and for good cause being shown, IT IS HEREBY ORDERED,

1. The parties' stipulation allowing Plaintiff an extension of time to file her opening letter brief is **GRANTED**. (Doc. 12);

2. Plaintiff shall have up to and including **August 22, 2016**, in which to submit her Confidential Letter Brief to Defendant;

3. All other deadlines set forth in the September 23, 2015, Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 8, 2016**          /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE